**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SARAH NICOLE DAYTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. EDCV 17-1504 SS<br><br><br>**JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: June 21, 2018

　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　SUZANNE H. SEGAL
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE